U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAY 1 7 2013

TONY R MOORE, CLERK
BY _____
   DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Bullara

versus

Burlington Northern and Santa Fe
Railway Company

Civil Action No. 11-01800

Judge Richard T. Haik, Sr.

Magistrate Judge C. Michael Hill

## MEMORANDUM RULING

Before the Court is an unopposed motion for summary judgment filed by defendant Burlington Northern and Santa Fe Railway Company ("BNSF") [Rec. Doc. 22] requesting that the Court issue an order that (1) plaintiff be ordered to reimburse BNSF the sum of $40,500.00, via a judgment against him establishing a credit or offset against any judgment he may obtain against BNSF in this suit, in the full amount of $40,500.00, which sum represents reimbursement for cash advancements loaned to plaintiff by BNSA as evidenced by checks and receipts, and that (2) plaintiff be ordered to reimburse the Railroad Retirement Board $15,050.00 the amount paid to him in sickness benefits by the Board and be ordered to satisfy the amount of the Board's lien upon any judgment he may obtain against BNSF in this suit and that BNSF be granted an offset against any such judgment so as to satisfy said lien, and that (3) plaintiff be ordered to reimburse BNSF the sum of $7,679.79, via a judgment against him establishing a credit or offset against any judgment he may obtain against BNSF in this suit, in the full sum of $7,679.79 which sum represents Supplemental Sickness Benefits paid to plaintiff pursuant to the Collective Bargaining Agreement. On May 2, 2013, plaintiff, Dean A. Bullara, filed a Response to the Motion stating that "he will not be filing an Opposition to the Motion by BNSF." [Rec. Doc. 26].

The fact that the motion is unopposed does not necessarily mean defendants should prevail on the merits. "A motion for summary judgment cannot be granted simply because there is no opposition, even if failure to oppose violated a local rule. The movant has the burden of establishing the absence of a genuine issue of material fact and, unless he has done so, the

court may not grant the motion, regardless of whether any response was filed." *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 362 (5th Cir. 1995)(citing *Hibernia Nat'l Bank v. Administracion Cent. Sociedad Anonima*, 776 F.2d 1277, 1279 (5th Cir.1985)). However, failure to file an opposition and statement of contested material facts requires the Court to deem defendants' statements of uncontested material facts admitted for purposes of the motion. *Local Rule, LR 56.2W*.

Based on the undisputed facts of this matter, *R. 22-2, Exhs. A, B, C, D, E, F*, and the Statement of Uncontested Facts, *R. 22-3*, the Court will grant BNSF's motion for summary judgment.

U.S. District Judge Richard T. Haik, Sr.